IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RANDY HIRSCHKORN                                          PLAINTIFF

v.                           Case No. 2:11-CV-02116

CITY OF PARIS; CITY OF PARIS POLICE
DEPARTMENT; and LARRY MERRILL,
in his official and individual capacities                           DEFENDANTS

## ORDER

      Currently before the Court are Defendant City of Paris Police Department's Motion to Dismiss (Doc. 7) and Brief in Support (Doc. 8); Plaintiff's Response (Doc. 13); and Defendant City of Paris Police Department's Reply (Doc. 16). The City of Paris Police Department contends, and Plaintiff agrees, that it is not subject to suit. The Eighth Circuit has held that municipal police departments are not entities subject to suit. *Ketchum v. City of West Memphis, Arkansas*, 974 F.2d 81, 82 (8th Cir. 1992)("The West Memphis Police Department and West Memphis Paramedic Services are not juridical entities suable as such. They are simply departments or subdivisions of the City government").

      IT IS THEREFORE ORDERED that Defendant City of Paris Police Department's Motion to Dismiss (Doc. 7) is GRANTED and this Defendant is dismissed with prejudice from the case at bar.

      IT IS SO ORDERED this 7th day of February, 2012.

                                                               /s/ P. K. Holmes, III
                                                               P.K. HOLMES, III
                                                               UNITED STATES DISTRICT JUDGE