IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RANDY HIRSCHKORN                                                                            PLAINTIFF

v.                                          Case No. 2:11-CV-02116

CITY OF PARIS and LARRY MERRILL,
in his official and individual capacities                                              DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

On February 28, 2013, Plaintiff Randy Hirschkorn filed a Motion to Dismiss (Doc. 36) informing the Court that the parties have reached a settlement of all issues between them, and Plaintiff now wishes to dismiss his case with prejudice.

It appearing to the Court that the matter has been settled, it is ORDERED that the Complaint herein is DISMISSED WITH PREJUDICE, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the file date of this order.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

All other pending motions are DENIED AS MOOT.

IT IS SO ORDERED this 1st day of March, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE